UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CARLOS ALMONTE,<br><br>                Plaintiff,<br><br>-against-<br><br>LAW ENFORCEMENT AGENCY; DEPARTMENT OF CORRECTION; MAIL PROCESS AND POSTAL SERVICE; MICHAEL CAPRA,<br><br>                Defendants. | 21-CV-8991 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 10, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 10, 2022
            New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge